**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY LONG,<br><br>                                 Plaintiff,<br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC; COX COMMUNICATIONS,<br><br>                               Defendants. | Case No. 2:22-cv-01001-APG-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Timothy Long ("Plaintiff" or "Long"), by and through her counsel of record, the law firm of Krieger Law Group, LLC, hereby stipulates and agrees as follows:

      WHEREAS, Plaintiff filed its Complaint on June 24, 2022;

      WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is July 22, 2022;

      WHEREAS, due to the recent retention of counsel, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint.

      WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including August 22, 2022, in which to respond to Plaintiff's Complaint.

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through August 22, 2022, in which to respond to Plaintiff's Complaint.

Respectfully Submitted by:                                    Approved by:

  **GREENE INFUSO, LLP**                                      **KRIEGER LAW GROUP, LLC**


  /s/ Michael V. Infuso                                        /s/ Shawn Miller
  Michael V. Infuso, Esq.                                     David Krieger, Esq.
  Nevada Bar No. 7388                                         Nevada Bar No. 9086
  Keith W. Barlow, Esq.                                       Shawn Miller, Esq
  Nevada Bar No. 12689                                        Nevada Bar No. 7825
  3030 South Jones Blvd. Suite 101                            5502 S. Ft Apache, Suite 200
  Las Vegas, Nevada 89146                                     Las Vegas, Nevada 89148


### **O R D E R**

**IT IS SO ORDERED.**

DATED:  July 8, 2022                    _____
                                        Nancy J. Koppe
                                        United States Magistrate Judge

2