UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LONG,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS,<br><br>    Defendants. | Case No. 2:22-CV-01001-APG-NJK<br><br>**ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES PURSUANT TO THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET SEQ.**<br><br>**[SECOND REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Timothy Long ("Plaintiff"), by and through his attorneys, Kreiger Law Group, LLC, stipulate and agree as follows:

1. Plaintiff filed his Complaint for Damages under FCRA, 15 U.S.C. § 1681 on June 24, 2022, [ECF 1], (the "Complaint").

2. Plaintiff served Cox on June 30, 2022.

…

…

1

3. Pursuant to the Stipulation and Order approved by the Court on July 7, 2022, [ECF 10], Cox's deadline to respond, move or otherwise pleads to the Complaint was extended to August 22, 2022.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including September 30, 2022, to respond, move or otherwise pleads to the Complaint.

5. This second request for an extension is so that Cox can continue reviewing its records pertaining to the allegations in the Complaint.

6. This is the second stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: August 17th, 2022.

**KREIGER LAW GROUP LLC**

/s/: Shawn Miller
DAVID KREIGER, ESQ.
Nevada Bar No. 9086
SHAWN MILLER, ESQ.
Nevada Bar No. 7825
5502 S. Fort Apache, Suite 200
Las Vegas, NV 89148
Tel: (702) 848-3855
Email: dkreiger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff Timothy Long*

Dated: August 17th, 2022.

**DICKINSON WRIGHT PLLC**

/s/: Michael N. Feder
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

**ORDER**

**IT IS SO ORDERED.**

DATED: August 18, 2022

_____
UNITED STATES MAGISTRATE JUDGE