David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorney for Plaintiff
*Timothy Long*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LONG,<br><br>             Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE; COX COMMUNICATIONS,<br><br>             Defendant(s). | Case No.: 2:22-cv-01001-APG-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO NATIONAL CONSUMER LELECOM & UTILITIES EXCHANGE MOTION TO DISMISS**<br><br>**(First Request)** |

Timothy Long ("Plaintiff"), by and through her counsel, together with Defendant National Consumer Telecom & Utilities Exchange ("NCTUE"), by and through its counsel, collectively the "Parties," hereby jointly move, stipulate and agree to extend the time for Plaintiff to respond to NCTUE's Motion to Dismiss, filed on August 22, 2022 at ECF #15.  The current deadline for Plaintiff to respond

to the Motion to dismiss is September 6, 2022. Plaintiff and NCTUE have agreed to a two-week extension of time to September 20, 2022 for Plaintiff to respond.

The reason for the extension is because Plaintiff's counsel has been sick for a couple days. Additionally, Plaintiff needs additional time to examine and evaluate the arguments, evidence and legal analysis set forth in the Motion to Dismiss and respond to the arguments asserted therein. This is Plaintiff's first request for an extension and Defendant NCTUE has agreed to the extension of time and will not be prejudiced by the extension.

Dated: September 6, 2022.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Michael V. Infuso* . |
| David H. Krieger, Esq. | Michael V. Infuso, Esq. |
| Shawn W. Miller, Esq. | Keith W. Barlow, Esq. |
| KRIEGER LAW GROUP, LLC | GREENE INFUSO, LLP |
| 5502 S. Fort Apache Road, Suite 200 | 3030 South Jones Blvd., Suite 101 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89146 |
| **Attorneys for Plaintiff** | **Attorneys for NCTUE** |

## ORDER GRANTING EXTENSION OF TIME

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2022