UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LONG,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM AND UTILITIES EXCHANGE, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:22-cv-01001-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 14, 2022, a joint proposed discovery plan.

    IT IS SO ORDERED.

    Dated: October 7, 2022

                                                                           Nancy J. Koppe<br>
                                                                           United States Magistrate Judge