David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Timothy Long*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LONG,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COX COMMUNICATIONS,<br><br>Defendant(s). | Case No.: 2:22-cv-01001-APG-NJK<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Timothy Long ("Plaintiff") and National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), collectively the "Parties," by and through their respective counsel of record, that Plaintiff's

claims and causes of action against NCTUE are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on November 1, 2022.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148

Attorneys for Plaintiff,
**Timothy Long**

/s/ Michael V. Infuso
Michael V. Infuso, Esq.
Keith W. Barlow, Esq.
GREENE INFUSO, LLP
3030 South Jones Blvd., Suite 101
Las Vegas, Nevada 89146

Attorneys for Defendant,
**National Consumer Telecom & Utilities Exchange, Inc.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2022